CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 25 2019

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| **VENICE PI, LLC,** | ) |
| Plaintiff, | ) Civil Action No. 5:17-cv-00070 |
| v. | ) |
| **AKRAM ALGHAMDI, et al.,** | ) By:   Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

## ORDER

Before the court is Plaintiff Venice PI, LLC's ("Venice") Voluntary Dismissal of Parties and Action, pursuant to Federal Rule of Civil Procedure 41(a)(1). Venice seeks to voluntarily dismiss all remaining defendants without prejudice. This action is thus **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket.

It is **so ORDERED**.

Entered: 03-25-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge